# EXHIBIT A

CONSENT TO FILE SUIT UNDER THE FAIR LABOR STANDARDS ACT

I hereby give my consent to make a claim under the Fair Labor Standards Act for work I performed for Brooklyn Pizzeria, Shahini Corporation, and related entities. I authorize my attorneys to represent me before any court or agency to make these claims, including filing a lawsuit in which I am a party plaintiff in a collective action pursuant to 29 U.S.C. § 216.

CONSENTIMIENTO PARA PONER UNA DEMANDA BAJO LA LEY DE NORMAS JUSTAS DE TRABAJO

Por este medio doy mi consentimiento para interponer la demanda bajo La Ley de Normas Justas de Trabajo (FLSA-siglas en inglés) por mi trabajo con Brooklyn Pizzeria, Shahini Corporation, y entidades relacionadas. Yo les autorizo a mis abogados a que me representen ante cualquier tribunal o agencia sobre estas reclamaciones, incluyendo la presentación de un caso el cual yo soy la parte Demandante en una acción colectiva de conformidad con 29 U.S.C. § 216.

NAME/NOMBRE: Juan Angel Tzep Chavez

SIGNATURE/FIRMA: _[signed]_

DATE/FECHA: 30/01/2020

Attorneys/Abogados:
Equal Justice Center
510 S. Congress Avenue, Suite 206
Austin, Texas 78704
(512) 474-0007
(512) 474-0008 fax
Email: jemmert@equaljusticecenter.org