# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| MANUEL TPEZ CHAVEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:19-cv-02324 |
| § | |
| SHAHINI CORPORATION, § | |
| DBA BROOKLYN PIZZERIA, § | |
| § | |
| Defendant. § | |

## **ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to File a First Amended Complaint. (Doc. # 23.) Noting that the amendment will not unduly delay the proceedings or prejudice any party, the Court hereby grants the motion and directs the clerk to accept Plaintiff's First Amended Complaint, including Exhibit A (Doc. 23-2) and Exhibit B (Doc. 23-3), for filing.

It is therefore ORDERED that Plaintiff's Motion for Leave to File a First Amended Complaint is GRANTED.

SIGNED this the _____ day of _____, 2020.

_____
HON. NANCY ATLAS
UNITED STATES DISTRICT JUDGE